ACCEPTED
03-15-00454-CR
7174366
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/30/2015 4:24:45 PM
JEFFREY D. KYLE
CLERK

## HsR

### HARRELL, STOEBNER & RUSSELL, P.C.
*Attorneys at Law*

**W. RANDY HARRELL**
**ERIC STOEBNER**
**MIKE RUSSELL**
**JUSTIN SMITH**
**BRITTANY DARBY**
**TAD ALLEN**

**2106 Bird Creek Drive**
**Temple, Texas 76502**
**Phone 254-771-1855**
**Fax 254-771-2082**
**www.templelawoffice.com**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

9/30/2015 4:24:45 PM

JEFFREY D. KYLE
Clerk

September 30, 2015

Jeffrey D. Kyle
Clerk, Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711

**VIA EFILING**

Re:  Rule 48.4 Letter for *Roy Lee Nobles v. State*; Cause No. 03-15-00454-CR; Third Court of Appeals—Austin

Dear Mr. Kyle:

I sent Mr. Nobles copies of the Court's opinion and judgment in the above-referenced case by certified mail, return receipt requested pursuant to Rule 48.4 of the Texas Rules of Appellate Procedure.  Enclosed are copies of the green card and the receipt.

Please let me know if you need anything further.

Best,

/s/ Justin Bradford Smith
Justin Bradford Smith

Cc:  Gary Bunyard (via eservice:  g.bunyard@co.llano.tx.us)

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

M. Roy Lee Nobles
TDCJ # 01005199
SID # 04946127
Hamilton Unit3
200 Lee Morrison Ln.
Bryan, TX 77807

2. Article Number
(Transfer from service label) 7014 2870 0000 5062 3027

PS Form 3811, July 2013          Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Shawnelle Smith                    □ Agent
                                     □ Addre

B. Received by (Printed Name)    C. Date of De
                                     01/28/1

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   □ Certified Mail®        □ Priority Mail Express™
   □ Registered             □ Return Receipt for Mercha
   □ Insured Mail           □ Collect on Delivery

4. Restricted Delivery? (Extra Fee)               □ Yes

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | 9/25/15 |
| Total Postage & Fees | $ 6735 | |

Sent To Roy Lee Nobles
Street & Apt. No., or PO Box No. 200 Lee Morrison Ln
City, State, ZIP+4 Bryon, Tx 77807

7014 2870 0000 5062 3027

PS Form 3800, July 2014          See Reverse for Instructions